UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **JOEY LYNN BRUAL** | **17-10872** |
| | **Section A** |
| D E B T O R (S) | CHAPTER 7 |

## **O R D E R**

Hearing on approval of the Reaffirmation Agreement between the Debtor and Crescent Bank & Trust **(P-16)** came before the Honorable Elizabeth W. Magner on the 22nd day of August, 2017.

Present at the hearing:

Andrea M. Jeanmarie, Counsel for Debtor; and
Joey L. Brual, Debtor

The Court having considered the merits of the Reaffirmation Agreement, the record herein, and the arguments of the parties;

**IT IS ORDERED** that approval of the Reaffirmation Agreement between the Debtor and Crescent Bank & Trust **(P-16)** is **DENIED.**

New Orleans, Louisiana, August 23, 2017.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge